■ EDWIN DEANE LEONARD et al., Plaintiffs, v CLOVE VALLEY ROD & GUN CLUB, INC., Defendants. (And Third-Party Actions.) (Action No. 1.) EDWIN DEANE LEONARD et al., appellants, v JAMES DALY et al., respondents. (Action No. 2.) [789 NYS2d 897]—In related actions for judgments declaring, inter alia, that the lawful boundary lines between two adjoining parcels of real property were as set forth in a map filed with the Dutchess County Clerk, the plaintiffs in action No. 2 appeal from a judgment of the Supreme Court, Dutchess County (Pagones, J.), dated July 31, 2003, which, inter alia, declared that the boundaries between the adjoining parcels were as set forth in a map prepared by the defendants' expert.

Ordered that the judgment is affirmed, with costs.

The Supreme Court's resolution of this boundary-line dispute was supported by the weight of the credible evidence, and thus, we decline to disturb it (*see Schweitzer v Heppner,* 212 AD2d 835 [1995]; *Stratton v Keefe,* 191 AD2d 871 [1993]).

The appellants' remaining contentions are without merit. H. Miller, J.P., Cozier, Ritter and Spolzino, JJ., concur.